IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Stefan Herbert Franger, | : | |
| Plaintiff | : | Civil Action 2:08-cv-01094 |
| v. | : | Judge Sargus |
| Secretary Michael Chertoff, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Stay Order

On March 20, 2009, the parties filed a stipulation staying this lawsuit. The stipulation states that plaintiff Franger has been given an opportunity by defendants to provide evidence in support of his Petition for Removal of Conditions based on Immigrant Petition for Alien Entrepreneur (PRC/IPAE). He is to present the evidence supporting his Petition to defendants not later than July 10, 2009. Defendants will then proceed to review and/or adjudicate the pending PRC/IPAE. The parties further agreed that the United States Attorney will file a report on the status of the pending PRC/IPAE every 60 days, beginning July 15, 2009, until such time as the pending application has been adjudicated or until further Order of the Court.

The Court will take no further action in this case unless and until a party files a motion to lift the stay. The United States Attorney is DIRECTED to make a status report on the Petition July 15, 2009 and every 60 days thereafter until defendants take final action on it.

The Clerk of Court is DIRECTED to administratively close this case. All pending motions are hereby terminated.

                                                /s/ 3-31-2009
                                          Edmund A. Sargus, Jr.
                                          United States District Judge