AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**STEFAN HERBERT FRANGER,**

        **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**vs.**

                              **CASE NO.  C2-08-1094**
**SECRETARY MICHAEL**          **JUDGE EDMUND A. SARGUS, JR.**
**CHERTOFF, et al.,**               **MAGISTRATE JUDGE MARK R. ABEL**

        **Defendants.**

  ___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Opinion and Order filed September 1, 2010, JUDGMENT is hereby entered for the Defendants.  This case is DISMISSED.**


Date: September 1, 2010                          JAMES BONINI, CLERK


                                                   */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk